■ G.A. BRAUN, INC., Respondent, v TENNEY LAUNDRY SYS-TEMS, INC., Appellant. [807 NYS2d 919]—Appeal from an amended order and judgment (one paper) of the Supreme Court, Onondaga County (Edward D. Carni, J.), dated December 20, 2004. The amended order and judgment, among other things, granted plaintiff's motion for summary judgment.

It is hereby ordered that the amended order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in amended decision at Supreme Court. Present—Pigott, Jr., P.J., Gorski, Smith, Green and Hayes, JJ.